# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3679
_____

Scott A. Seldin

*Plaintiff - Appellant*

Derry Seldin; Traci Seldin Moser

*Intervenor Plaintiffs*

v.

Theodore M. Seldin; Stanley C. Silverman; Mark Schlossberg

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: August 22, 2019
Filed: September 20, 2019
[Unpublished]

_____

Before LOKEN, GRUENDER, and KOBES, Circuit Judges.

_____

PER CURIAM.

Scott Seldin appeals the district court's[1] dismissal of his diversity action seeking an accounting of a family trust. Having carefully reviewed the record and the parties' arguments on appeal, see Abdurrahman v. Dayton, 903 F.3d 813, 816 (8th Cir. 2018) (de novo review of mootness dismissal), we find no basis for reversal.

The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.